# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:16-cv-00095-MR
# [CRIMINAL CASE NO. 1:12-cr-00128-MR-DLH-1]

| | |
|---|---|
| LAWRENCE DOE, JR., ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Hold Case in Abeyance [Doc. 5].

For the reasons stated in the Government's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Hold Case in Abeyance [Doc. 5] is **GRANTED**, and this case shall be held in abeyance pending the Supreme Court's decision in Mathis v. United States, No. 15-6092. The Government shall have fourteen (14) days from the issuance of the decision in Mathis within which to file its response to Petitioner's Motion to Vacate.

**IT IS SO ORDERED.**

Signed: May 31, 2016

Martin Reidinger
United States District Judge