# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **LAWRENCE DOE JR.,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:16-cv-00095-MR |
| | ) | 1:12-cr-00128-MR-DLH |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA ,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 8, 2016 Memorandum of Decision and Order.

August 8, 2016

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court