# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## Civil Case No. 1:16-cv-00095-MR
## Criminal Case No. 1:12-cr-00128-MR-DLH

| | |
|---|---|
| LAWRENCE DOE, JR., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____) | **TRANSPORT ORDER** |

**THIS MATTER** is before the Court on the Order granting Petitioner's Motion to Vacate [1:16-cv-00095-MR, Doc. 1] and ordering him to be resentenced.

**IT IS, THEREFORE, ORDERED** as follows:

(1)  The United States Marshal shall have Petitioner present in Asheville, North Carolina, for resentencing on or after September 6, 2016;

(2)  The Clerk of Court shall calendar this matter for resentencing as soon as is practicable on or after September 6, 2016;

(3)  The Federal Defender shall provide counsel to Petitioner for resentencing; and

(4) The United States Probation Office shall provide a supplemental presentence report.

The Clerk is directed to provide notification and/or copies of this Order to the United States Attorney, the Federal Defenders, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: August 5, 2016

Martin Reidinger
United States District Judge